**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Galen Craig Halla,<br><br>　　　Plaintiff,<br><br>v.<br><br>Dora Schriro, et al.,<br><br>　　　Defendants. | No. CV 05-0320 PHX MHM (ECV)<br><br>**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE DEFENDANTS' DISPOSITIVE MOTION** |

Defendants, having submitted their Motion for Enlargement of Time to File Defendants' Dispositive Motion, and good cause appearing;

IT IS ORDERED granting Defendants until the close of business on June 1, 2006, to file their dispositive motion.

DATED this 17th day of February, 2006.

_____
Edward C. Voss
United States Magistrate Judge